# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Jacqueline A. Van Slyke, et al.

v.

Viajes Flightline, S.L., et al.

**APPEARANCE**

CASE NUMBER: 302CV2274 (WWE)

FILED
2003 OCT 23 P 12: 25

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:   Jacqueline A. Van Slyke, Plaintiff

___10-8-03___  
Date

Juris No. ct16466  
Connecticut Federal Bar Number

(904) 354-8310  
Telephone Number

(904) 358-6889  
Fax Number

rfspohrer@swmmlaw.com  
E-mail address

_____  
Signature

Robert F. Spohrer, Esq.  
Print Clearly or Type Name

701 W. Adams Street  
Address

Jacksonville, FL 32204

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Diane Westwood Wilson, Esq.  
Condon & Forsyth LLP  
685 Third Avenue  
New York, New York  10017  
Attorney for Defendant Flightline

_____  
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001