# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

RECEIVED OCT 27 2003

Jacqueline A. Van Slyke, et al.

v.

Viajes Flightline, S.L., et al.     CASE NUMBER: 302CV2274 (WWE)

## APPEARANCE

FILED 2003 OCT 29 A 10: 06

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for:   Jacqueline A. Van Slyke, Plaintiff

| | |
|---|---|
| October 13, 2003 | /s/ signature |
| Date | Signature |
| Juris No. ct25239 | Edward M. Booth, Jr., Esq. |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| (904) 354-8310 | 701 W. Adams Street |
| Telephone Number | Address |
| (904) 358-6889 | Jacksonville, FL   32204 |
| Fax Number | |
| embooth@swmmlaw.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

   This is to certify that the foregoing Appearance was mailed on this date to the following:

Diane Westwood Wilson, Esq.
Condon & Forsyth LLP
685 Third Avenue
New York, New York  10017
Attorney for Defendant Flightline

/s/ signature
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------------x
:
    Van Slyke :
:
vs. : Civil No. 3:02 cv 2274 (WWE)
: "  " 2275
    Viajes Flightline : "  " 2276
:
------------------------------------------------x

*[Handwritten notes in right margin: "This is page 2 of 2 / like an original / It's hard to tell but let's err on the side of the Attorney"]*

### ORDER RETURNING SUBMISSION

The Clerk has received your **Appearance** however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(b)     _ No certificate of service attached to pleading
                         _ Certificate of service fails to list names and addresses of all parties served
                         _ Certificate of service is not signed

2. _ L.R.5(d)     Failure to submit document under seal

3. **✔ L.R.10**     **✔ Failure to sign pleading (original signature)**
                        _ Failure to double space
                        _ Margin is not free of printed matter
                        _ Left hand margin is not one inch
                        _ Judge's initials do not appear after the case number
                        _ Docket number is missing
                        _ Failure to supply federal bar number
                        _ Holes not punched in document

4. _ L.R.68     Failure to file offer of judgment in a sealed envelope

5. _ L.R.83.1(d)     Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

6. _ Other     ___

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.

Date:_____                        _____
                                                             United States District Judge

(TMS)                                                                                               rev. 1/1/03