A CERTIFIED TRUE COPY

DEC 15 2003

FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 1 5 2003

FILED
CLERK'S OFFICE

*RELEASED FOR PUBLICATION*

**DOCKET NO. 1572**

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE AIR CRASH NEAR CASTELLON, SPAIN, ON OCTOBER 10, 2001

**BEFORE WM. TERRELL HODGES,[*] CHAIRMAN, JOHN F. KEENAN, BRUCE M. SELYA,[*] JULIA SMITH GIBBONS, D. LOWELL JENSEN, J. FREDERICK MOTZ AND ROBERT L. MILLER, JR., JUDGES OF THE PANEL**

### TRANSFER ORDER

This litigation currently consists of seven actions as follows: five actions in the District of Connecticut and two actions in the Southern District of Texas.[1] Before the Panel is a motion brought by defendant Flightline, S.L. (Flightline), pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of the actions in the District of Connecticut. Plaintiffs in one Connecticut action support centralization in the Connecticut district. Plaintiffs in one Texas action do not oppose the motion, while plaintiff in the other Texas action agrees that centralization is appropriate, but suggests the Southern District of Texas as transferee district. Defendant Swearingen Aircraft, Inc., opposes 1407 centralization.

On the basis of the papers filed and hearing session held, the Panel finds that these actions involve common questions of fact, and that centralization under Section 1407 in the District of Connecticut will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions concern the cause or causes of the crash on October 10, 2001, of a charter flight operated by Flightline from Barcelona, Spain, to Oran, Algeria. Centralization under Section 1407 is thus necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the District of Connecticut is an appropriate transferee forum for this docket. We note that i) a majority of the actions are already pending in this district, and ii) the judge to whom we are assigning this litigation has a relatively favorable caseload for accepting this assignment.

---

[*] Judges Hodges and Selya did not participate in the decision of this matter.

[1] In addition to the actions presently before the Panel, the Panel has been notified of one related action pending in the Southern District of New York. This action will be treated as a potential tag-along action. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

- 2 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions on the attached Schedule A and pending outside the District of Connecticut are transferred to that district and, with the consent of that court, assigned to the Honorable Warren W. Eginton for coordinated or consolidated pretrial proceedings with the actions pending there.

FOR THE PANEL:

*John F. Keenan*
John F. Keenan
Acting Chairman

# SCHEDULE A

<u>MDL-1572 -- In re Air Crash Near Castellon, Spain, on October 10, 2001</u>

### District of Connecticut

*William Lyons, et al. v. Viajes Flightline, S.L., et al.*, C.A. No. 3:02-1788  WWE
*Elizabeth D. McParland, etc. v. Viajes Flightline, S.L., et al.*, C.A. No. 3:02-1972  AUC
*Jacqueline A. Van Slyke, etc. v. Viajes Flightline, S.L., et al.*, C.A. No. 3:02-2274  WWE
*Adrienne Brooks, etc. v. Viajes Flightline, S.L., et al.*, C.A. No. 3:02-2275  WWE
*Leslie Clark, etc. v. Viajes Flightline, S.L., et al.*, C.A. No. 3:02-2276  WWE

### Southern District of Texas

*Leslie Dalrymple, etc. v. Flightline International, S.L.*, C.A. No. 4:03-2328
*Kathy Harrison, et al. v. Afrospania Logistics, Inc., et al.*, C.A. No. 4:03-2398