UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*United States District Court*
*District of Connecticut*
*FILED AT     BRIDGEPORT*

MDL DOCKET NO. 1572

Hon. Warren W. Eginton
Hon. Holly B. Fitzsimmons

---

IN RE AIR CRASH NEAR CASTELLON,
SPAIN, ON OCTOBER 10, 2001

---

JACQUELINE A. VAN SLYKE, Individually,
on her own behalf as surviving spouse of
JAMES E. VAN SLYKE, as Administratrix of
the ESTATE OF JAMES E. VAN SLYKE, and
on behalf of all interested beneficiaries,
including CHRISTOPHER VAN SLYKE,
LAURENCE VAN SLYKE and NICOLE VAN
SLYKE,

        Plaintiffs,

v.

VIAJES FLIGHTLINE, S.L., FLIGHTLINE,
LTD., FLIGHTLINE INTERNATIONAL,
LTD., FLIGHTLINE INTERNATIONAL, S.L.,
foreign corporations, AFROSPANIA AIR LINK,
LTD., a foreign corporation, AFROSPANIA
LOGISTICS, INC., a Texas corporation, and
ROBERT LOVELESS,

        Defendants.

---

THIS DOCUMENT RELATES
Case No. 3:02cv2274 (WWE)

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above entitled action, by and through their undersigned counsel, that the within action is dismissed in its entirety with prejudice and without costs and that an Order may be entered to that effect.

Dated: November 10 2004.

| | |
|---|---|
| CONDON & FORSYTH LLP<br><br>By *[signature]*<br>Diane Westwood Wilson<br>685 Third Avenue<br>New York, New York 10017<br>(212) 490-9100<br><br>Attorneys for Defendant FLIGHTLINE, S.L., improperly sued herein as VIAJES FLIGHTLINE, S.L., FLIGHTLINE, LTD., FLIGHTLINE INTERNATIONAL, LTD. and FLIGHTLINE INTERNATIONAL, S.L. | SPOHRER WILLNER MAXWELL & MATTHEWS, P.A.<br><br>By *[signature]*<br>Robert F. Spohrer<br>701 W. Adams Street<br>Jacksonville, Florida 32204<br>(904) 354-8310<br><br>Attorneys for Plaintiffs<br><br>-and-<br><br>EPSTEIN SANDLER & FLORA, P.C.<br>John M. Flora<br>413 West York Street<br>Norfolk, Virginia 23510<br>(757) 627-8900 |

SO ORDERED:

*[signature]*
Hon. Holly B. Fitzsimmons